IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 11-0558
 ((((((((((((((((

 In Re Cynthia Ann Schendel Nankervis, Richard Earl Schendel And Robert
 Edward Schendel, Relators

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The Agreed Motion to Abate Petition for Writ of Mandamus, filed
on January 9, 2012, is granted, and this case is ABATED to allow the
parties to proceed with settlement negotiations.
 2. This case is removed from the Court's active docket until March
13, 2012, by which time the parties must file either a status report or a
motion to dismiss. The parties shall immediately notify this Court about
any changes in the status of the case.

 Done at the City of Austin, this 13 day of January, 2012.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk